UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                    Case No. 19-44769-MBM

GAIL RENEE MORROW,                        Chapter 13

      Debtor(s).                        Honorable Marci B. McIvor

_____/

## NOTICE OF CITY OF DETROIT UNFILED TAX RETURNS

Debtor(s) failed to file a tax return for City of Detroit income taxes for tax

period(s) 2015, 2016, 2017 and 2018 as required by 11 USC 1308 and/or

Detroit City Code of Ordinances Sec. 18-10. Pursuant to MCL 141.509

Michigan Department of Treasury has been granted the authority to process the

City of Detroit income tax returns commencing with the 2015 tax year. Failure

to file tax returns may result in the Michigan Department of Treasury either

objecting to the Plan or filing a Motion to Convert or Dismiss the case.

I.  **SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
SCFRA & Collections Division
Cadillac Place, Ste 10-200
3030 W. Grand Blvd
Detroit, MI 48202
Attn: Moe Freedman
**OR**
Via email: FreedmanM1@michigan.gov

1

Attach all supporting documentation including any required copies of the City of Detroit Schedules, State Returns, Federal Returns, 1099, and W-2 Statements. If you have already filed the required return(s), submit a copy to the above-designated Assistant Attorney General. For questions, call (313) 456-0140.

## II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
800-829-1040
IRS WEBSITE: www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

/s/ Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: May 07, 2019

2